# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | | |
|---|---|---|
| **IN RE:** | **:** | **Case No. 18-50438** |
| **GARY ALAN HESS** | **:** | |
| **BETTY KAREN HESS** | **:** | **Chapter 13** |
| Debtor(s). | **:** | |
| | **:** | **Judge Rebecca B. Connelly** |
| | **:** | |

_____

## MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 11
_____

Come now the above-named debtor(s), by counsel, and move this Honorable Court to convert this case from Chapter 13 to Chapter 11.

In support of said motion the debtor(s) further state that the debtor(s) wishes to convert their case because they exceed the debt limit in Chapter 13.

The debtor(s) further state that this case has not previously been converted to or from another chapter.

The debtor(s) further state that this motion is filed in good faith, and that the debtor(s) are eligible for relief under Chapter 11.

A copy of this notice will be electronically served on the Ch. 13 Trustee via the Court's ECF noticing system.

Wherefore, debtor(s) pray that this court issue an order converting this case from one under Chapter 13 to a case under Chapter 11.

/s/ Gary Alan Hess
Gary Alan Hess, Debtor

/s/ Betty Karen Hess
Betty Karen Hess, Debtor

Dated: August 28, 2018

By:  /s/ Hannah W. Hutman
Counsel

**HOOVER PENROD, PLC**
Hannah W. Hutman  (VSB No. 79635)
hhutman@hooverpenrod.com
Beth C. Driver (VSB No. 83838)
bdriver@hooverpenrod.com
342 S. Main Street

Harrisonburg, VA  22801
540-433-2444
*Counsel for Debtor(s)*