| DEBTOR: | Gary A. and Betty Karen Hess | CASE NUMBER: | 18-50438 |
|---------|------------------------------|--------------|----------|

## OFFICE OF THE UNITED STATES TRUSTEE
## WESTERN DISTRICT OF VIRGINIA
### MONTHLY OPERATING REPORT
### CHAPTER 11
### INDIVIDUAL DEBTORS

### Form 3
### COVER SHEET AND QUESTIONNAIRE

For Period Ended: May-19

***THIS REPORT MUST BE FILED WITH THE COURT 15 DAYS AFTER THE END OF THE MONTH***

Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|---|
| ☒ | ☐ | 1 Cash Flow Statement (Page 2) |
| ☒ | ☐ | 2 Cash Reconciliation(s) and Narrative (Page 3) |
| ☒ | ☐ | 3 Cash Receipts Detail (Page 4) |
| ☒ | ☐ | 4 Cash Disbursements Detail (Page 5) |
| ☐ | ☐ | 5 Receipts and Disbursements Recap Case to Date (Page 6) |
| ☒ | ☐ | 6 **Bank Statements for All Bank Accounts** (remember to redact all but last four digits of bank account number) |

| QUESTIONNAIRE | Yes | No |
|---|:---:|:---:|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | x | |
| 2. Are all insurance policies current and in effect? | x | |
| 3. Have all taxes been timely filed and paid? | x | |
| 4. Did you pay all your bills on time this month? | x | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | x | |
| 6. Did you borrow money from anyone this month? | | x |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | | x |
| 8. Do you have any bank accounts open other than the DIP account? | | x |

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

| Executed on: | 6/6/2019 | Signature (Debtor): | *[signature]* |
|---|---|---|---|
| | | Print name: | Gary A. Hess |
| | | Signature (Co-Debtor, if one): | *[signature]* |
| | | Print name: | Betty Karen Hess |

Rev. 2012-06

WDVA Chapter 11 report form (3)                                                         PAGE 1

**DEBTOR:** Gary and Betty Karen Hess    **CASE NUMBER:** 18-50438

## CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

**Month Reporting: May-19**

**CASH FLOW SUMMARY (SEE NOTE A)**

| | | |
|---|---|---:|
| 1. | Beginning Cash Balance | $ 41,922.07 (1) |
| 2. | Cash Receipts | |
| | Wages | 2,557.62 |
| | Social Security | 4,212.30 |
| | Other   Retirement | 688.06 |
| | Total Cash Receipts | $ 7,457.98 |
| 3. | Cash Disbursements | |
| | Rent or home mortgage payment | $ 2,235.37 |
| | Utilities and Telephone Expenses | 284.99 |
| | Home maintenance (repairs/upkeep) | 97.16 |
| | Food / Groceries | 1,451.56 |
| | Insurance payments | |
| | Installment payments (including auto) | 387.99 |
| | Transportation (not including car payments) | 287.80 |
| | Legal / Professional Fees / U.S. Trustee Fees | 167.62 |
| | Personal | 100.00 |
| | Invstment Esp | 144.94 |
| | Other   Entertainment | 384.50 |
| | Other   Medical | 1,402.18 |
| | Other | |
| | Miscellaneous | 147.90 |
| | Total Cash Disbursements | $ 7,092.01 |
| 4. | Net Cash Flow for Month (Total Cash Receipts less Total Cash Disbursements) | 365.97 |
| 5. | Ending Cash Balance | $ 42,288.04 |

**CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES**

| | |
|---|---:|
| Total Disbursements for the Month (from above) | 7,092.01 |
| Less: Transfers between bank accounts | |
| Add: Any amounts paid on behalf of the debtor by others | |
| **Disbursements for U.S. Trustee Fee Calculation** | **7,092.01** |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*    Rev. 2012-06

*(1) Current month beginning cash balance should equal the previous month's ending balance.*    PAGE 2

**DEBTOR:** Gary A. and Betty Karen Hess    **CASE NO:** 18-50438

## CASH RECEIPTS DETAIL (SEE NOTE A)

For Period: 5/1/2019 to 6/1/2019

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** _____

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             |        |
|      |       |             |        |
|      |       | as per attached | 7,457.98 |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |

Total automatic credits for the month which identify source of deposit    _____

**Total Cash Receipts**    $    7,457.98 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash receipts listed on page 2.*

Rev. 2012-06

PAGE 4

**DEBTOR:** Gary A. and Betty Karen Hess        **CASE NO:** 18-50438

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period: 5/1/19 to 6/1/19

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** _____

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
|      |           |       | see attached         | 7,092.01 |

Total automatic debits for the month which identify who is paid   _____

**Total Cash Disbursements**    $   7,092.01  (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

Rev. 2012-06
PAGE 5

| CASE NAME: Gary A. and Betty Karen Hess | Form 9-DS  Rev. 2/96 |
|---|---|
| CASE NUMBER: 18-50438 | |

| **DISBURSEMENTS SUMMARY** | May, 2019 |
|---|---|

|  |  |
|---|---|
| Total Disbursements from Operating Account    (Note 1) | 7,092.01 |
| Total Disbursements from Payroll Account    (Note 2) | |
| Total Disbursements from Tax Escrow Account    (Note 3) | |
| Total Disbursements from any other Account    (Note 4) | |
| Grand Total, all Disbursements | 7,092.01 |

**Note 1** -- Include in this amount all checks written, wire transfers made from, and any other withdrawal from the general operating account. Exclude only transfers to the debtor-in-possession payroll account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 2** -- Include in this amount all checks written, wire transfers made from, and any other withdrawal from the payroll account. Exclude only transfers to the debtor-in-possession operating account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 3** -- Include in this amount all checks written, wire transfers made from, and any other withdrawal from the tax escrow account. Exclude only transfers to debtor-in-possession operating account, the debtor-in-possession payroll account or other debtor-in-possession account where the disbursements will be

listed on this report.


**Note 4** -- Include in this amount any other disbursements made by the debtor including (but not limited to) cash paid from a petty cash fund or cash register, amounts paid from any other debtor in possession account, and amounts paid from the accounts of others on the debtor's behalf (for example, disbursements made from a law firm's escrow account as a result of a sale of property).

# Wells Fargo Everyday Checking

May 20, 2019 ■ Page 1 of 3



GARY A HESS
BETTY K HESS
DEBTOR IN POSSESSION
CH 11 CASE #18-50438 (WVA)
4000 LUCY LONG DR
ROCKINGHAM VA 22801-8386

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

### Activity summary

| | |
|---|---:|
| Beginning balance on 4/19 | $27,767.16 |
| Deposits/Additions | 3,200.30 |
| Withdrawals/Subtractions | - 144.57 |
| **Ending balance on 5/20** | **$30,822.89** |

Account number:  ₃868

GARY A HESS
BETTY K HESS
DEBTOR IN POSSESSION
CH 11 CASE #18-50438 (WVA)

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

May 20, 2019 ■ Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/22 | | Purchase authorized on 04/20 VA ABC Store 184 Harrisonburg VA S589110597048580 Card 9700 | Misc | 51.59 | 27,715.57 |
| 4/25 | | Purchase with Cash Back $ 20.00 authorized on 04/25 Costco Whse #0238 Harrisonburg VA P00589115561615282 Card 9700 | Food | 78.27 | |
| 4/25 | | Purchase authorized on 04/25 Lowe's #509 Harrisonburg VA P00469115574613586 Card 9700 | Misc. Exp | 14.71 | 27,622.59 |
| 5/6 | | Purchase Return authorized on 05/03 Orbitz*74212171800 Orbitz.Com WA S629124562505287 Card 9700 | 165.00 | | 27,787.59 |
| 5/15 | | SSA Treas 310 Xxsoc Sec 051519 xxxxx6419A SSA Gary A Hess | 3,035.30 | | 30,822.89 |
| Ending balance on 5/20 | | | | | 30,822.89 |
| Totals | | | $3,200.30 | $144.57 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/19/2019 - 05/20/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $27,622.59 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $3,035.30 ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 3 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)  ☐
RC/RC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 5
63/815/0175/0/74
.4704
05/24/2019

# SunTrust

# Account Statement

GARY A HESS DIP
CASE #18-50438
4000 LUCY LONG DR
HARRISONBURG VA 22801-8386

Questions? Please call
1-800-786-8787

---

**SunTrust Debit Card Controls are now available!**
Enjoy enhanced card security by controlling how and where your card is used. Lock/unlock your card by transaction type or manage your spending limits right from SunTrust Online or Mobile Banking.
Learn more at suntrust.com/cardcontrols.

---

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| ESSENTIAL CHECKING | 4704 | 04/25/2019 - 05/24/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $6,258.88 | Average Balance | $4,591.93 |
| Deposits/Credits | $6,107.18 | Average Collected Balance | $4,534.53 |
| Checks | $3,156.68 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $5,681.04 | | |
| Ending Balance | $3,528.34 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4704 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Transaction History

| Date | Check # | Transaction Description Details | | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|---|
| 04/25 | | Beginning Balance | | | | 6,258.88 |
| 04/26 | | Check Card Purchase TR DATE 04/25<br>Elliott Realty 843-249-1406 Sc | Vacation | | 1,032.95 | |
| 04/26 | | Point of Sale Debit TR DATE 04/26<br>Costco Gas #02 Harrisonburg Va 93023813 | Gas | | 26.01 | |
| 04/26 | | Electronic/ACH Debit<br>Community Medici Checkpaymt 0129 | Medical | | 79.14 | 5,120.78 |
| 04/29 | | Check Card Purchase TR DATE 04/26<br>Squ*sq *Bbq Exchange Gordonsville Va | Food | | 26.77 | |
| 04/29 | | Point of Sale Debit TR DATE 04/27<br>Bridgewat Brid Bridgewater Va 42900034 | Medical | | 11.57 | |
| 04/29 | | Check Card Purchase TR DATE 04/27<br>Va Abc Store 383 Harrisonburg Va | Misc | | 51.59 | |
| 04/29 | | Point of Sale Debit TR DATE 04/27<br>Cracker B 121 Harrisonburg Va 28584001 | Food | | 26.23 | |
| 04/29 | | Point of Sale Debit TR DATE 04/27<br>Lowe's #509 Harrisonburg Va 001 | Household | | 29.13 | |
| 04/29 | | Check Card Purchase TR DATE 04/28<br>Sheetz 00002436 Warrenton Va | Gas | | 29.51 | |
| 04/29 | | Check Card Purchase TR DATE 04/28<br>Sweetwater Centreville Va | Food | | 80.00 | |
| 04/29 | | Point of Sale Debit TR DATE 04/28<br>Wm Supercenter # Rockingham Va 71770046 | Food | | 41.07 | |
| 04/29 | | Point of Sale Debit TR DATE 04/29<br>Wm Supercenter # Rockingham Va 71770088 | Food | | 6.44 | |

502651        Member FDIC        Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 5
63/B15/0175/0/74
4704
05/24/2019

# Account Statement

# SUNTRUST

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| 04/29 | 135 | Check  ANA - Misc | | 120.00 | |
| 04/29 | 130 | Check  Investment | | 35.00 | |
| 04/29 | 132 | Check  DiTech | | 209.00 | |
| 04/29 | 131 | Check  SVEC | | 279.69 | 4,174.78 |
| 04/30 | | Recurring Check Card Purchase TR DATE 04/30  Entertainment Sling.Com 8883886210 Co | | 24.99 | |
| 04/30 | 133 | Check  H2O | | 33.17 | |
| 04/30 | 134 | Check  Karen - Medical | | 22.71 | 4,093.91 |
| 05/01 | | Electronic/ACH Credit Ahold USA, Inc. Payment Aod0hmhzxp2d5b1 | 688.06 | | |
| 05/01 | | Point of Sale Debit TR DATE 04/30 Bridgewat Brid Bridgewater Va 42900034  Medical | | 42.08 | |
| 05/01 | | Point of Sale Debit TR DATE 04/30 Martins 6424 Harrisonburg Va 001  Food | | 41.85 | |
| 05/01 | | Point of Sale Debit TR DATE 04/30 Wal-Mart Super Center Rockingham Va 71770046  Food | | 36.91 | 4,661.13 |
| 05/02 | | Deposit | 866.68 | | |
| 05/02 | | Point of Sale Debit TR DATE 05/02 Costco Gas #02 Harrisonburg Va 93023813  Gas | | 37.54 | 5,490.27 |
| 05/03 | | Electronic/ACH Credit Broadway Drug Ce Payroll ***********39-0  Pay | 843.24 | | |
| 05/03 | | Check Card Purchase TR DATE 05/02 Dean Family Dental Harrisonburg Va  Medical | | 1,199.00 | |
| 05/03 | | Check Card Purchase TR DATE 05/02 Ij Canns American Gril Winchester Va  Food | | 91.00 | |
| 05/03 | | Electronic/ACH Debit Lexus Financial Doxopay | | 387.99 | |
| 05/03 | 136 | Check  Wellness Ctr | | 78.00 | 4,577.52 |
| 05/06 | | Point of Sale Debit TR DATE 05/03 Costco Gas #02 Harrisonburg Va 93023813  Gas | | 33.01 | |
| 05/06 | | Point of Sale Debit TR DATE 05/04 Bp#8561722Grocery Door Wilson Nc 38820701  Gas | | 33.81 | |
| 05/06 | | Point of Sale Debit TR DATE 05/04 Wal-Mart Super Center N Myrtle Beacsc 50870030  Food | | 57.82 | |
| 05/06 | | Point of Sale Debit TR DATE 05/04 Boulineau's Iga N Myrtle Bch Sc 80725605  Food | | 5.59 | |
| 05/06 | | Point of Sale Debit TR DATE 05/04 Boulineau's Iga N Myrtle Bch Sc 80725605  Food | | 25.37 | |
| 05/06 | | Recurring Check Card Purchase TR DATE 05/05 Netflix Com Los Gatos Ca 004  Entertainment | | 12.99 | |
| 05/06 | | Point of Sale Debit TR DATE 05/05 Bargain # Barg North Myrtle Sc 49387000  Misc. | | 48.58 | |
| 05/06 | | Point of Sale Debit TR DATE 05/05 Wal-Mart Super Center N Myrtle Beacsc 50870027  Misc | | 19.76 | |
| 05/06 | | Point of Sale Debit TR DATE 05/06 Boulineau's Iga N Myrtle Bch Sc 80725616  Food | | 26.15 | |
| 05/06 | | Electronic/ACH Debit Comcast Cable Svc 3210142  Utility | | 203.07 | 4,111.37 |
| 05/07 | | Electronic/ACH Credit Va Dept Taxation Vasttaxrfd Xxxxx6419 | 2,852.50 | | |

502652                                Member FDIC                    Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 5
63/B15/0175/0/74
4704
05/24/2019

# SunTrust

## Account Statement

### Transaction History

| Date | Check # | Transaction Description Details | | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|---|
| 05/07 | | Check Card Purchase TR DATE 05/05 Boundary House Calabash   Nc | Food | | 85.00 | |
| 05/07 | | Point of Sale Debit TR DATE 05/07 Costco Whse #0 Myrtle Beach Sc 99033813 | Food | | 25.40 | |
| 05/07 | | Point of Sale Debit TR DATE 05/07 Costco Whse #0 Myrtle Beach Sc 99033813 | Food | | 104.61 | |
| 05/07 | | Point of Sale Debit TR DATE 05/07 Costco Gas #03 Myrtle Beach Sc 93033813 | Gas | | 25.09 | 6,723.77 |
| 05/08 | | Check Card Purchase TR DATE 05/08 Tst* Dead Dog Saloon - Murrells Inlesc | Food | | 55.00 | |
| 05/08 | | Point of Sale Debit TR DATE 05/08 Boulineau's Iga N Myrtle Bch Sc 80725616 | Food | | 20.36 | 6,648.41 |
| 05/09 | | Check Card Purchase TR DATE 05/08 Roku For Showtime Digi 816-272-8107 Ca | T.V. | | 10.99 | |
| 05/09 | 137 | Check | Mortgage | | 2,235.37 | 4,402.05 |
| 05/10 | | Point of Sale Debit TR DATE 05/10 Boulineau's Iga N Myrtle Bch Sc 80725615 | Food | | 14.67 | |
| 05/10 | | Electronic/ACH Debit Silver Script Premiums | Medical | | 29.20 | |
| 05/10 | | Electronic/ACH Debit Silver Script Premiums | Medical | | 33.80 | 4,324.38 |
| 05/13 | | Check Card Purchase TR DATE 05/09 Oyster Rock Calabash   Nc | Food | | 99.81 | |
| 05/13 | | Check Card Purchase TR DATE 05/10 Boundary House Calabash   Nc | Food | | 61.00 | |
| 05/13 | | Check Card Purchase TR DATE 05/11 Dodge Store  8701 North Myrtle Sc | Gas | | 12.02 | |
| 05/13 | | Check Card Purchase TR DATE 05/11 Sheetz    00004911 Zion Crossroava | Gas | | 38.86 | |
| 05/13 | | Point of Sale Debit TR DATE 05/11 Costco Whse #0 Harrisonburg Va 99023813 | Food | | 47.16 | |
| 05/13 | | Point of Sale Debit TR DATE 05/11 Wal-Mart Super Center Rockingham  Va 71770044 | Food | | 34.36 | |
| 05/13 | | Point of Sale Debit TR DATE 05/12 Wm Supercenter # Rockingham   Va 71770044 | Misc. | | 14.44 | 4,016.73 |
| 05/14 | | Check Card Purchase TR DATE 05/13 Small Appliance 8006283911   Ny | Misc. | | 22.99 | 3,993.74 |
| 05/16 | | Deposit | | 856.70 | | |
| 05/16 | | Point of Sale Debit TR DATE 05/15 Bridgewat Brid Bridgewater  Va 42900034 | Medical | | 7.39 | |
| 05/16 | | Point of Sale Debit TR DATE 05/16 Wal-Mart Super Center Rockingham   Va 71770043 | Tool | | 48.72 | |
| 05/16 | | Point of Sale Debit TR DATE 05/16 Ulta #1176 Harrisonburg Va 07803639 | Personal | | 23.17 | |
| 05/16 | | Point of Sale Debit TR DATE 05/16 Wal-Mart Super Center Rockingham   Va 71770045 | Food | | 6.13 | |
| 05/16 | | Point of Sale Debit TR DATE 05/16 Lowe's #509 Harrisonburg Va 001 | Household Ext | | 45.01 | |
| 05/16 | | Electronic/ACH Debit Quest Capital ST 5-19Assoc Ba4 | Investment Exp | | 109.94 | 4,610.08 |
| 05/17 | | Point of Sale Debit TR DATE 05/17 Costco Gas #02 Harrisonburg Va 93023813 | Gas | | 20.33 | 4,589.75 |

502653

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 4 of 5
63/815/0175/0/74
4704
05/24/2019

# Account Statement

# SUNTRUST

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| 05/20 | | Check Card Purchase TR DATE 05/19 Marriott Westfields Wa Chantilly Va  *Harry Entertainment* | | 182.75 | |
| 05/20 | | Point of Sale Debit TR DATE 05/17 And That# 1306 Fairfax Va 02708562  *Misc.* | | 32.92 | |
| 05/20 | | Check Card Purchase TR DATE 05/17 Pf Changs #9937 Fairfax Va  *Food* | | 75.00 | |
| 05/20 | | Check Card Purchase TR DATE 05/18 Eggspectation Restaura Chantilly Va  *Food* | | 75.00 | |
| 05/20 | | Point of Sale Debit TR DATE 05/18 Wegmans 8297 Gainesville Va 04226  *Food* | | 39.80 | |
| 05/20 | | Check Card Purchase TR DATE 05/18 Redtruckbakerymarshall Marshall Va  *Food* | | 22.55 | |
| 05/20 | | Point of Sale Debit TR DATE 05/18 Wm Supercenter # Rockingham Va 71770046  *Household Exp* | | 23.03 | |
| 05/20 | | Point of Sale Debit TR DATE 05/19 Martins 6424 Harrisonburg Va 001  *Food* | | 21.85 | |
| 05/20 | | Point of Sale Debit TR DATE 05/19 Cracker B 121 Harrisonburg Va 28584001  *Food* | | 23.99 | |
| 05/20 | | Electronic/ACH Debit Vz Wireless Ve Vzw Webpay 4981584  *Telephone* | | 63.96 | |
| 05/20 | *139 | Check  *SVEC*  *Utilities* | | 133.74 | 3,895.16 |
| 05/21 | | Recurring Check Card Purchase TR DATE 05/21 Sxm*siriusxm.Com/Acct 888-635-5144 Ny  *Utilities* | | 20.38 | 3,874.78 |
| 05/23 | | Point of Sale Debit TR DATE 05/22 Wal-Mart #7177 Rockingham Va 24717701  *Food* | | 69.31 | |
| 05/23 | | Point of Sale Debit TR DATE 05/23 Lowe's #509 Harrisonburg Va 001  *Household Exp* | | 41.43 | |
| 05/23 | | Point of Sale Debit TR DATE 05/23 Costco Whse #0 Harrisonburg Va 99023813  *Food* | | 185.11 | |
| 05/23 | 140 | Check  *Va. Dept of Taxation* | | 10.00 | 3,568.93 |
| 05/24 | | Point of Sale Debit TR DATE 05/23 Martins 6424 Harrisonburg Va 001  *Food* | | 40.59 | 3,528.34 |
| 05/24 | | **Ending Balance** | | | 3,528.34 |
| | | **Credit and Debit Totals** | $6,107.18 | $8,837.72 | |

* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.
The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 04/25 | 6,258.88 | 6,258.88 | 05/09 | 4,402.05 | 4,402.05 |
| | 04/26 | 5,120.78 | 5,120.78 | 05/10 | 4,324.38 | 4,324.38 |
| | 04/29 | 4,174.78 | 4,174.78 | 05/13 | 4,016.73 | 4,016.73 |
| | 04/30 | 4,093.91 | 4,093.91 | 05/14 | 3,993.74 | 3,993.74 |
| | 05/01 | 4,661.13 | 4,661.13 | 05/16 | 4,610.08 | 3,754.08 |
| | 05/02 | 5,490.27 | 4,624.27 | 05/17 | 4,589.75 | 4,589.75 |
| | 05/03 | 4,577.52 | 4,577.52 | 05/20 | 3,895.16 | 3,895.16 |
| | 05/06 | 4,111.37 | 4,111.37 | 05/21 | 3,874.78 | 3,874.78 |
| | 05/07 | 6,723.77 | 6,723.77 | 05/23 | 3,568.93 | 3,568.93 |
| | 05/08 | 6,648.41 | 6,648.41 | 05/24 | 3,528.34 | 3,528.34 |

502654

Member FDIC

Continued on next page

# Wells Fargo Everyday Checking

May 21, 2019 ■ Page 1 of 4



BETTY K HESS
DEBTOR IN POSSESSION
CH11 CASE #18-50438 (WVA)
4000 LUCY LONG DR
ROCKINGHAM VA 22801-8386

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 4/20 | $7,329.03 |
| Deposits/Additions | 1,177.00 |
| Withdrawals/Subtractions | - 1,109.19 |
| **Ending balance on 5/21** | **$7,396.84** |

Account number:    5876
BETTY K HESS
DEBTOR IN POSSESSION
CH11 CASE #18-50438 (WVA)

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  051400549

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(377)
Sheet Seq = 0011170

May 21, 2019 ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/26 | | Purchase authorized on 04/24 Vito's Italian Kit Harrisonburg VA S389114812479513 Card 9718 *dinner* | | 28.08 | 7,300.95 |
| 4/29 | | ATM Withdrawal authorized on 04/27 2005 E. Market St Harrisonburg VA 0000788 ATM ID 0258W Card 9718 *funeral payment and food for aunt* | | 200.00 | 7,100.95 |
| 4/30 | | Purchase authorized on 04/30 WM Superc Wal-Mart Sup Rockingham VA P00000000570419254 Card 9718 *food* | | 12.18 | 7,088.77 |
| 5/1 | | Purchase authorized on 04/28 Weathertech Direct 800-441-6287 IL S389118698375218 Card 9718 *liner SUV car* | | 137.95 | |
| 5/1 | | Purchase authorized on 05/01 Costco Gas #0238 Harrisonburg VA P00309121516106672 Card 9718 *food* | | 24.68 | 6,926.14 |
| 5/3 | | Purchase authorized on 05/01 Miracle Car Wash # Harrisonburg VA S589121644528799 Card 9718 *Washed car* | | 9.00 | 6,917.14 |
| 5/6 | | Recurring Payment authorized on 05/04 AOL* Service 800-827-6364 VA S389125093763945 Card 9718 *AOL* | | 39.99 | 6,877.15 |
| 5/8 | | SSA Treas 310 Xxsoc Sec 050819 xxxxx4482A SSA Betty K Hess | 1,177.00 | | 8,054.15 |
| 5/13 | | ATM Withdrawal authorized on 05/12 2005 E. Market St Harrisonburg VA 0004585 ATM ID 0258W Card 9718 *4 Birthday & food* | | 300.00 | 7,754.15 |
| 5/14 | | Purchase authorized on 05/14 Wal-Mart Super Center Rockingham VA P00000000775171008 Card 9718 *food* | | 15.16 | |
| 5/14 | | Purchase authorized on 05/14 Wal-Mart #7177 Rockingham VA P00000000070178168 Card 9718 *food* | | 11.29 | 7,727.70 |
| 5/15 | | Vz Wireless Ve Vzw Webpay 190514 4921463 Betty *Hess *Vernon cell phone* | | 102.86 | 7,624.84 |
| 5/16 | | ATM Withdrawal authorized on 05/16 2005 E. Market St Harrisonburg VA 0005561 ATM ID 0258W Card 9718 *hair & nails* | | 100.00 | 7,524.84 |
| 5/17 | | Purchase authorized on 05/15 Bella Mia 724-2831878 VA S309135816250846 Card 9718 *dinner* | | 34.82 | 7,490.02 |
| 5/20 | | Purchase with Cash Back $ 20.00 authorized on 05/20 Wal-Mart Super Center Harrisonburg VA P00000000537125099 Card 9718 *food etc* | | 37.23 | 7,452.79 |
| 5/21 | | Purchase authorized on 05/21 Costco Gas #0238 Harrisonburg VA P00469141722468116 Card 9718 *gas* | | 31.62 | |
| 5/21 | | Purchase authorized on 05/21 Costco Whse #0238 Harrisonburg VA P00469141743210230 Card 9718 *food for Sunday cook out* | | 24.33 | 7,396.84 |
| **Ending balance on 5/21** | | | | | **7,396.84** |
| **Totals** | | | **$1,177.00** | **$1,109.19** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/20/2019 - 05/21/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $6,877.15 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $1,177.00 ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 12 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)    ☐