**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **IN RE:** : | Case No. 18-50438 | |
| : | | |
| **GARY ALAN HESS** : | Chapter 11 | |
| **BETTY KAREN HESS** : | | |
| **Debtor** : | Judge Rebecca B. Connelly | |

_____

**SUMMARY OF BALLOTS**
_____

Come now Gary Alan Hess and Betty Karen Hess (collectively the "Debtors"), by counsel, and submit this summary of the ballots received in connection with the Plan of Reorganization (the "Plan") proposed by the Debtors in this case on May 31, 2019 [Doc. #83].

| Creditor | Class | Claim Amount | Accepted Plan | Rejected Plan | No Vote |
|---|---|---|---|---|---|
| Shellpoint Mortgage Servicing | 1 | $266,621.95 | | | X |
| United States Small Business Admin | 2 | $0.00 | X | | |
| AAC HP Realty, LLC | 3 | $0.00 | | | X |
| Toyota Motor Credit Corporation | 4 | $16,308.08 | | | X |
| United States Small Business Admin | 5 | $228,856.17 | X | | |
| American Express National Bank | 5 | $6,470.02 | X | | |
| American Express National Bank | 5 | $11,157.38 | X | | |
| Branch Banking & Trust Company | 5 | $23,227.33 | | | X |
| Branch Banking & Trust Company | 5 | $5,617.12 | | | X |
| SunTrust Bank | 5 | $34,580.94 | | | X |
| Wells Fargo Bank, N.A. | 5 | $19,682.33 | | | X |
| Wells Fargo Bank, N.A. | 5 | $6,413.89 | | | X |
| Wells Fargo Bank, N.A. | 5 | $8,845.09 | | | X |
| Portfolio Recovery Associates, LLC | 5 | $9,737.27 | | | X |
| Midland Funding | 5 | $32,273.92 | | | X |
| Bank of America, N.A. | 5 | $17,981.79 | | | X |
| LVNV Funding, LLC | 5 | $5,399.08 | | | X |
| Elan Financial Services | 5 | $8,004.25 | | | X |
| AAC HP Realty, LLC | 5 | $217,804.83 | | | X |
| Global Franchise Group | 5 | $14,095.60 | | | X |
| Fairfax Company of Virginia LLC | 5 | $122,890.30 | | | X |
| Wharton Aldhizer & Weaver | 5 | $2,106.70 | | | X |
| County of Fairfax | 5 | $902.34 | | | X |

Other than as specified above, no other creditors or interest holders submitted ballots for or against the Plan prior to the Deadline of September 27, 2019 set forth in the Notice of Deadline for Submitting Ballots [Doc. #129]. No ballots were submitted rejecting the Plan. Therefore, no class voted to reject the plan. Two impaired classes voted to accept the Plan. The Debtors will seek confirmation of the Plan pursuant to 11 U.S.C. § 1129(a).

**Dated: October 14, 2019**  **Respectfully Submitted,**

**GARY ALAN HESS**
**BETTY KAREN HESS**
**By Counsel**

By: /s/ Hannah W. Hutman
Hannah W. Hutman (VSB#79635)
*hhutman@hooverpenrod.com*
HOOVER PENROD PLC
342 South Main Street
Harrisonburg, Virginia 22801
540/433-2444
540/433-3916 (Facsimile)
*Counsel for the Debtor*

## CERTIFICATE OF MAILING

I hereby certify that on October 14, 2019 copies of the foregoing Ballot Summary were served via CM/ECF on all parties receiving notices in this case.

**Dated:  October 14, 2019**  **Respectfully Submitted,**

By: /s/ Hannah W. Hutman
Hannah W. Hutman

2